# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BRENDA MARK**                                                                   **PLAINTIFF**

**v.**                        **CASE NO. 3:16-CV-00096 BSM**

**GUARDIAN LIFE INSURANCE CO.**
**OF AMERICA & LESTER E. COX MEDICAL**
**CENTERS d/b/a COX HEALTH**                                   **DEFENDANTS**

## ORDER

The parties filed a joint stipulation of dismissal.  *See* Doc. No. 20.  Accordingly, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 26th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE