**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRENDA MARK**                                                                                          **PLAINTIFF**

**v.**                                **CASE NO. 3:16-CV-00096 BSM**

**GUARDIAN LIFE INSURANCE CO.**
**OF AMERICA & LESTER E. COX MEDICAL**
**CENTERS d/b/a COX HEALTH**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

DATED this 26th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE